**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2**
**Eastern Division**

Ronald Oliva

                     Plaintiff,

v.                                   Case No.: 1:18–cv–07895
                                                 Honorable Sara L. Ellis

Midland Credit Management, Inc., et al.

                     Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, February 12, 2019:

      MINUTE entry before the Honorable Sara L. Ellis: Status hearing held on 2/12/2019. Discovery schedule: MIDP are due by 2/27/2019; written discovery to issue by 3/13/2019; final supplementation of MIDP is due by 6/21/2019; fact discovery closes on 7/18/2019. Status hearing set for 7/24/2019 at 9:30 AM. Mailed notice(rj, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.